## 28629. JOHNSON *v.* THE STATE.

DECIDED FEBRUARY 7, 1941.

*George G. Finch,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

GARDNER, J. The evidence was sufficient to show what constituted a lottery known as a number game, such as that being operated, as was indicated by the tickets, and was sufficient to indicate such recent use as would prevent the bar of the statute as to the offense of lottery. Connecting the defendant with these tickets were the facts that when the officers went to her home and while in the house the defendant went to a bed and secured the tickets from concealment and attempted to destroy them, and admitted to the officers, when asked whether the house was hers, that her husband had started paying for it and she was attempting to finish paying for it, together with the further facts that at the moment she was then in control of the house and of the tickets and was attempting to destroy the tickets.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*